**RECEIVED**

**AUG 1 3 2012**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Eastrn  DIVISION**

Nycere Bey )
)
_____ )
)
_____ )
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
)
- vs - )
)
City of Ferguson Police force )
)
_____ )
)
_____ )
)
_____ )
)
(Enter above the full name of **ALL** Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

Case No. _____
(To be assigned by Clerk of District Court)

Jury trial

### COMPLAINT

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

I'm filing this case in Federal Court because first of all I'm a moor and there are federal laws that protect moors from Constitutional infringements and also, I informed the Ferguson police dept they kidnapped me that they did not have jurisdiction to arrest me, but they refused my warning and proceeded with violating my rights

II. Plaintiff, __Nyaere Bey__ resides at
__644 Bugle Run Drive, Florissant__, _____,
    street address      city      county

__Mo.__, __63034__, __(314) 807-7832__.
state     zip code     telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, _____ lives at, or its business is located at
__110 Church street__, __Ferguson__, _____,
    street address      city      county

__Missouri__, __63135__.
state     zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV.  Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

The City of Ferguson failed to uphold federal UCC Commercial laws. They forced me to get a release form to get my automobile back, and they disregarded the fact that I not a member of their society and haven't broken any laws. They still searched my vehicle without a warrant and arrested me on Commercial charges using my straw name.

V. Relief: State briefly and exactly what you want the Court to do for you.

_____

_____

_____

_____

_____

_____

_____

VI. **MONEY DAMAGES:**

    A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        **YES [ ]**          **NO [ ]**

    B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

_____

_____

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        **YES [ ]**          **NO [ ]**

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of _August 13_____, 20_12_

                                                              _Nycere Bey_
                                                             Signature of Plaintiff(s)
                                                       _All Rights Reserved_